all other due damages &c. . . . The Jury . . . found for the plaint. Seventeen pounds five Shillings in money & costs of Court. allow^d Nineteen Shillings and Ninepence.

Execution issued. 18° 8^br 1678.

## [ WALDRON v. ARNALL ]

Jsaac Waldron Assigne of Peter Janson de Vos plaint. ag^t William Arnall BlackSmith Defend^t in an action of debt of Seven pounds in money due by bill bearing date 12th X^br 1677. under the hand of s^d Arnall with all other due damages &c. . . . The Jury . . . found for the plaint. Seven pounds in money & costs of Court allow^d twenty Shillings eight pence.

## JOHNSON agt. VSHER

Samuel Johnson former Master of the Ship named the two Sisters plaint. ag^t John Vsher part Owner of the s^d Ship Defend^t The plaint. was nonsuted in failure of process, commenceing his action ag^t the Owner.

## GREENLEAFE ag^t WELLS

John Greenleafe plaint. ag^t John Wells Defend^t in an action of the case for sufficient Security for the [ 515 ] payment of Eleven pounds in money to which hee is bound as the condition of a bond under his hand & Seale bearing date. the. 26th of Septemb^r 1677. this with all other due damages. . . . The Jury . . . found for the Defend^t costs of Court.

## BLEAZE ag^t EDWARDS

Caleb Bleaze plaint. ag^t Matthew Edwards Defend^t in an action of the case for that the s^d Edwards upon pretence or colour of a Judgem^t of Court hath unjustly taken out of the prison in Boston Richard Francis, and Sold him, received the money hee was sold for & detains it when the s^d Francis by the Judgem^t of the County Court in Boston was not to bee released from prison untill paying of Fourteen pounds in money unto the now plaint. as by the s^d Judgem^t shall appeare w^th all other due damages &c. . . . The Jury . . . found for the plaint. Fourteen pounds money & costs of Court.